**Order entered June 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00745-CV
No. 05-13-00746-CV

**IN RE SENRICK WILKERSON, Relator**

**On Original Proceeding from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. W10-01183-J, W10-01184-J**

## ORDER
Before Justices Moseley, Francis, and Fillmore

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of the original proceedings.

/s/      JIM MOSELEY
          JUSTICE